UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Robert Russo

                                  Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (  ) (  ) 21 Mag. 3104

Defendant __Robert Russo_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

S/ Robert Russo /otw
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Robert Russo**
_____
Print Defendant's Name

*Robert M. Baum*
_____
Defendant's Counsel's Signature

**Robert M. Baum**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4/13/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge